UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VERNON CASTLE BROWN, JR., | ) Case No. CV 21-04311-CAS (AS) |
| Petitioner, | ) **ORDER OF DISMISSAL** |
| v. | ) |
| JEFF LYNCH, Warden, | ) |
| Respondent. | ) |

## I. BACKGROUND

On May 21, 2021, Vernon Castle Brown, Jr. ("Petitioner"), a California state prisoner proceeding pro se, filed a "Petition for Writ of Habeas Corpus," (Dkt. No. 1), which the Court construes as a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition").[1]

The Petition does not state what Petitioner is challenging, i.e., a conviction, sentence, etc. (See Petition at 2).[2] The

---

[1] The Court notes that Petitioner has filed numerous habeas petitions in this Court which have been dismissed.

[2] Citations to the Petition refer to the page numbers assigned by the Court's electronic case filing system.

1

Petition does not contain any information or assert any claims. (See Petition at 2-6). Simply listing cases or referring to an unattached declaration (see Petition at 6) is not an assertion of clear and cognizable claims.

A Petition for Writ of Habeas Corpus can only be filed by a petitioner who is in state custody and contends that such custody is in violation of the Constitution, laws or treaties of the United States. 28 U.S.C. § 2254(c). Here, Petitioner has failed to allege any claim(s), much less any claims which go to the fact or duration of his confinement. See Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).

Because Petitioner does not state a claim for relief under 28 U.S.C. § 2254, dismissal of the Petition is warranted.

## II. ORDER

ACCORDINGLY, IT IS ORDERED that the Petition be dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 1, 2021

                                          CHRISTINA A. SNYDER
                               UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
  ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE